**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGEL EDWIN ZARUMA CABRERA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Case No. 26–cv–11212–ESK**<br><br>**OPINION** |

**KIEL, U.S.D.J.**

Petitioner Angel Edwin Zaruma Cabrera filed this petition for writ of habeas corpus under 28 U.S.C. §2241 (Petition) (ECF No. 1.) The filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing.

Petitioner submitted a largely blank *in forma pauperis* application. (ECF No. 1–1.) The Court will direct the Clerk to send petitioner an *in forma pauperis* application to complete and return. Petitioner shall submit the $5.00 filing fee or completed *in forma pauperis* application within 30 days. Otherwise, the Petition will be dismissed.

An appropriate Order accompanies this Opinion.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**

Dated: September 2, 2026